UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MOSTOV,

    Plaintiff,

    v.

SNOWFLAKE, INC., d/b/a SNOWFLAKE COMPUTING, INC.,

    Defendant.

Cause No. C22-1242RSL

ORDER STAYING CASE

This matter comes before the Court on the "Stipulated Motion and [Proposed] Order to Refer to Arbitration and Stay Action." Dkt. # 7. Having reviewed the record and the stipulation of the parties, the Court finds that a stay will promote judicial efficiency and preserve the resources of the litigants without unduly prejudicing either party's interests. 5A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1360 (3d ed. 2004).*See also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants").

For all of the foregoing reasons, this matter is hereby STAYED in its entirety, pending arbitration. The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active

ORDER STAYING CASE - 1

1  calendar. The parties shall, within fourteen days of the completion of arbitration, submit a Joint
2  Status Report regarding the outcome of the arbitration and a proposal regarding any necessary
3  judicial proceedings.

     Dated this 21st day of October, 2022.

                                                   */s/ Robert S. Lasnik*
                                                 Robert S. Lasnik
                                                 United States District Judge

ORDER STAYING CASE - 2