1
2
3
4
5
6
7

8       **UNITED STATES DISTRICT COURT**
9       **FOR THE WESTERN DISTRICT OF WASHINGTON**
        **AT SEATTLE**
10

11  | MICHAEL MOSTOV, | No. 2:22-CV-01242-RSL |

12                Plaintiff,       **STIPULATION AND ORDER**
          v.                       **DISMISSING CASE WITH PREJUDICE**
13
    SNOWFLAKE, INC. D/B/A SNOWFLAKE
14  COMPUTING, INC.,

15              Defendant.

16
17
          COME NOW THE PARTIES, Plaintiff Michael Mostov and Defendant Snowflake Inc.
18
    d/b/a Snowflake Computing, Inc., by and through their attorneys of record, stipulate and agree to
19
    dismiss this matter with prejudice and without an award of legal fees or costs to any party.
20
21
22
23

STIPULATION AND ORDER OF DISMISSAL

DATED .

| SEATTLE LITIGATION GROUP, PLLC | COOLEY LLP |
|---|---|
| *david b. jensen* <br> David Jensen, WSBA No. 21284 <br> Seattle Litigation Group, PLLC <br> 1215 4th Ave., Suite 1100 <br> Seattle, WA 98161 <br> Phone: (206) 407-3300 <br> Email: david@seattlelitigation.com <br> Attorneys for Plaintiff | /s/ Christopher B. Durbin <br> Christopher B. Durbin, WSBA No. 41159 <br> COOLEY LLP <br> 1700 Seventh Avenue, Suite 1900 <br> Seattle, WA 98101-1355 <br> Phone: (206) 452-8700 <br> Email: cdurbin@cooley.com <br> Attorneys for Defendant |

## ORDER

Based on the foregoing stipulation, it is hereby ORDERED that all claims in this case are hereby dismissed with prejudice and without fees or costs to any party.

Dated this 5th day of August, 2024.

_____
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL